## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                          CHAPTER 13 CASE NO.:

**TIMOTHY WOOD and**
**KIMBERLY WOOD**                               **19-14516-JDW**

### TRUSTEE'S NOTICE OF INTENT TO PAY
### ADMINISTRATIVE EXPENSE TAX CLAIM (CLM. #41-1)

COMES NOW the Chapter 13 Trustee, Locke D. Barkley (the "Trustee"), by and through counsel, and submits this Notice of Intent to Pay Administrative Expense Tax Claim (the "Notice").

On September 2, 2021, the Mississippi Department of Revenue ("MDOR") filed an administrative expense tax claim in the amount of $785.60 (Clm. #41-1) (the "MDOR Claim").  The MDOR Claim shall be paid in full by the Trustee pursuant to 11 U.S.C. § 1326(b)(1) unless there is an objection to the MDOR Claim filed within fourteen (14) days from the date of this Notice.  **No objection should be filed to this Notice.**

DATED:  September 8, 2021.

Respectfully submitted,

**LOCKE D. BARKLEY**
**CHAPTER 13 TRUSTEE**

By:    /s/ Melanie T. Vardaman
       ATTORNEYS FOR TRUSTEE
       W. Jeffrey Collier (MSB 10645)
       Melanie T. Vardaman (MSB 100392)
       6360 I-55 North, Suite 140
       Jackson, MS 39211
       (601) 355-6661
       ssmith@barkley13.com

1

# **CERTIFICATE OF SERVICE**

I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

    Mississippi Department of Revenue
    Bankruptcy Section
    Post Office Box 22808
    Jackson, MS  39225-2808

Dated: September 8, 2021.

        /s/ Melanie T. Vardaman
        MELANIE T. VARDAMAN