**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE: | CHAPTER 13 CASE NO: |
| **TIMOTHY WOOD** | **19-14516-JDW** |
| **560 RIDGE VIEW DR** | |
| **HERNANDO, MS 38632** | |

**NOTICE TO DEBTOR**

NOTICE is hereby given that your plan payment will change from **$ 4,512.00/Monthly** to **$4,535.00/Monthly** effective in **11/2021**.  The previous plan payment of **$4,512.00/Monthly** will be due for **10/2021.**

The reason for the changes in your plan payment is:

\_\_\_\_    Due to a change in your monthly mortgage payment.

\_\_\_\_    Due to a claim being filed for a different amount than scheduled.

_xxx_    Due to entry of an order.

\_\_\_\_    Other: _____

**If you are paying by automatic draft**, please be sure there are sufficient funds in your account to satisfy the new payment.

**If you are paying via TFS**, it is your responsibility to update the payment amount via the TFS website.

**If you are paying direct**, please be aware that the Trustee does not accept personal checks.  You can remit payments online through https://tfsbillpay.com or mail guaranteed funds, in the form of a cashier's check or money order with your case number & last name in the description line, to:

Locke D. Barkley, Chapter 13 Trustee
P.O. Box 1859
Memphis, TN 38101

Should you have any questions concerning this, please contact your attorney.

Date:  September 23, 2021

Sincerely,

/s/Locke D. Barkley
Chapter 13 Trustee

CC:    SCHNELLER AND LOMENICK, P.A.
        PO BOX 417
        HOLLY SPRINGS, MS 38635

**CERTIFICATE OF SERVICE**

      I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  September 23, 2021

                                                               /s/ Locke D. Barkley
                                                               LOCKE D. BARKLEY
                                                               CHAPTER 13 TRUSTEE