CM/ECF hrg11tel
(09/15/20)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:  Timothy Wood and Kimberly Wood | ) | Case No.: 19–14516–JDW |
| Debtor(s) | ) | Chapter: 13 |
| | ) | Judge: Jason D. Woodard |

PLEASE TAKE NOTICE that a **TELEPHONIC** hearing will be held

on 6/14/22 at 01:30 PM

Responses Due: 5/4/22

to consider and act upon the following:

*57* – Application to Compromise Controversy Filed by Robert Hudson Lomenick Jr. on behalf of Kimberly Wood, Timothy Wood. (Attachments: # 1 Exhibit A # 2 Certificate of Service # 3 Matrix) (Lomenick, Robert)

This matter **will be held telephonically**. All attorneys, parties and other interested parties appearing should follow the dial in instructions below:

1) Complete the dial in instructions below at least 5 minutes prior to the time of the hearing.

2) Dial 877–336–1829, and when prompted, enter Access Code 5667710#.

3) Once you are connected to the call, identify yourself by stating your name.

4) Once your telephonic presence is acknowledged by the courtroom deputy, please mute your phone until further notice from the Court.

5) Do not place the call on hold at any time during the call as this may lead to disturbing noises for the other call participants.

Should you experience difficulties connecting to the telephonic hearing, please contact the Clerk's Office at 662–369–2596.

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at:
http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 4/8/22

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court
BY: SGF
   Deputy Clerk