CM/ECF ocrtsvc1
(Rev. 06/16/17)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Timothy Wood and Kimberly Wood  )   Case No.: 19–14516–JDW
       Debtor(s)  )   Chapter: 13
         )   Judge: Jason D. Woodard
         )
         )

## ORDER TO FILE CERTIFICATE OF SERVICE

IT IS ORDERED that any party who has been directed by this Court to serve notices in the above captioned case or proceeding shall comply with the requirement of the Standing Order Delegating Certain Noticing Responsibilities. Such party shall also file a certificate of service within seven (7) days of the date of service of any such notice; and it is

ORDERED that any failure or omission to file such certificate of service by the date below may result in the ex parte dismissal of the motion or application to which such certificate of service relates and the imposition of additional sanctions on the party to whom this order is directed.

Deadline for Service: 4/13/22

Deadline for Filing Certificate of Service: 4/20/22

Dated and Entered: 4/8/22

                                              Jason D. Woodard
                                              Judge, U.S. Bankruptcy Court
                                              Northern District of Mississippi